IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXIAN BROTHERS-AHS MIDWEST REGION HEALTH CO., ) ) ) Plaintiff, ) ) v. ) ) AMITA LABORATORY, WORLDWIDE ) TRAVEL USA, INC., and ANOOP ) MAMTANI, ) ) Defendants. ) ) | Case No. 21-cv-06599  Judge John Robert Blakey |

## ORDER REGARDING EXPEDITED DISCOVERY

Before the Court is Plaintiff AMITA Health's Consented Motion for Expedited Discovery ("Motion"). Defendants having agreed to the scope and timing of such discovery, for the reasons stated in the Motion, and for good cause shown, the Court grants Plaintiff's Motion [17].

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1) Defendants shall serve their responses to and produce responsive documents and things to the Requests for Production of Documents and Things (attached to Plaintiff's Motion for Expedited Discovery as Exhibit A) within 10 days of service thereof;

2) Defendants shall serve their written responses to the Interrogatories (attached to Plaintiff's Motion for Expedited Discovery as Exhibit B) within 10 days of service thereof; and

3)     Defendant Amita Laboratory shall appear for a deposition on the topics listed in the Notice of 30(b)(6) Deposition (attached to Plaintiff's Motion for Expedited Discovery as Exhibit C) within 14 days of service thereof.

Dated: December 23, 2021

                                                            Entered:

                                                            _____
                                                             John Robert Blakey
                                                             United States District Judge